UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORREL TYLER JACKSON,

    Defendant.

_____/

Case No. 1:23-cr-87-6

HON. JANE M. BECKERING

### ORDER REGARDING REPORT AND RECOMMENDATION

On November 6, 2023, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 100), accepting Defendant's plea of guilty, subject to final acceptance of the plea by the District Judge; reserving acceptance of the plea agreement for the District Judge; and recommending that the District Judge reject paragraph 17 of the plea agreement. The Report and Recommendation was duly served on the parties. The government filed an Objection to the report and recommendation (ECF No. 105), objecting to the Magistrate Judge's recommendation to reject paragraph 17 of the plea agreement. In addition, the parties have filed a Joint Statement Regarding Acceptance of Plea Agreement (ECF No. 115), indicating that the entire plea agreement should be accepted.

Having reviewed the Report and Recommendation, the Objection and the Joint Statement, the Court determines that the Magistrate Judge's recommendation to reject Paragraph 17 of the Plea Agreement is properly rejected. "It is well settled that a defendant may waive any right, even a constitutional right, by means of a plea agreement." *United States v. Sawyer*, 825 F.3d 287, 291 (6th Cir. 2016) (citation omitted). The Court finds the Hyde waiver permissible and an accepted practice within this district. Accordingly:

**IT IS HEREBY ORDERED** that:

1. The Objection (ECF No. 105) is GRANTED, and the Report and Recommendation of the Magistrate Judge (ECF No. 100) is APPROVED IN PART and REJECTED IN PART; specifically, the Court rejects the Magistrate Judge's recommendation to reject Paragraph 17 of the Plea Agreement but otherwise approves and adopts the remainder of the Report and Recommendation as the Opinion of the Court.

2. Defendant's plea of guilty is accepted, and Defendant is adjudicated guilty of the charge set forth in Count One of the single-count Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.

Dated: December 13, 2023        /s/ Jane M. Beckering
                                JANE M. BECKERING
                                United States District Judge